# COPY


AO 442 (Rev 11/11) Arrest Warrant

FID 8192853    FBI

# UNITED STATES DISTRICT COURT

2019 APR 25 PM 4:30

for the

Eastern District of Kentucky

Southern Division at London

United States of America
v.
GREGORY T. ABBOTT

)
)
)
)
)
)
)

Case: 1:19-mj-126
Assigned To : Magistrate Judge G. Michael Harvey
Assign. Date : 5/13/2019
Description: USA v. ABBOTT

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*    **GREGORY T. ABBOTT**
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:113(a)(3) ASSAULT OF FEDERAL INMATE WITH A DANGEROUS WEAPON
18:1791(a)(2): POSSESSING CONTRABAND IN PRISON

Date:    04/25/2019

*Issuing officer's signature*

City and state:    LONDON, KY

Robert R. Carr, by Michelle Sliter, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/25/19, and the person was arrested on *(date)* 5/13/19 at *(city and state)* Washington, D.C. |
| Date: 5/13/19    T. Ringer    Receiving    *Arresting officer's signature*    Travis Ringer    31364    *Printed name and title* |